STATE OF CONNECTICUT *v.* JOSEPH-MARIO SPATES

The defendant's motion for a review of the order of the trial court dated August 31, 1976, in the appeal from the Superior Court in New Haven County is granted and the relief sought therein is denied.

*Joseph-Mario Spates,* pro se, in support of the motion.

Submitted September 22—decided October 6, 1976

CLEMENT P. PASSARIELLO ET AL. *v.* BOARD OF ZONING APPEALS OF THE TOWN OF ORANGE ET AL.

The plaintiffs' petition for certification for appeal from the Court of Common Pleas in New Haven County is denied.

*Richard H. Lynch,* in support of the petition.
*John E. Lee,* in opposition.

Submitted September 27—decided October 6, 1976

SIGMA PHI BUILDING ASSOCIATION OF THE FRATERNITY OF ALPHA CHI RHO, INC. *v.* BOARD OF ZONING APPEALS OF THE CITY OF NEW HAVEN ET AL.

The petition by the defendant Carole A. Laydon for certification for appeal from the Court of Common Pleas in New Haven County is granted.

*John A. Oliva,* in support of the petition.
*Milton I. Caplan,* in opposition.

Submitted September 27—decided October 6, 1976